UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

vs.

HAROLD VALENCIA ELEBY-KING

**NOTICE**

Case Number CR-24-514-2-D
USMS No. 14123-506

Type of Case      __X__ CRIMINAL

*TAKE NOTICE*

That a proceeding in this case has been scheduled for the place, date and time set forth below:

Place: U.S. Courthouse
Courtroom 301
200 N.W. 4th Street
Oklahoma City, Oklahoma 73102

**DATE AND TIME**

**SEPTEMBER 8, 2025 at 2:00 P.M**

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification.

TYPE OF PROCEEDING

**CHANGE OF PLEA**
In custody-Grady County

TAKE NOTICE: that the proceeding below has been rescheduled as indicated below:

Place: U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, Oklahoma 73102

**Date and Time Previously Scheduled**

_____.

JUDGE TIMOTHY D. DeGIUSTI

by: /s/ Jane Eagleston
Deputy Clerk

cc: AUSA
COUNSEL
USMS
USPO